# UNITED STATES DISTRICT COURT

### Southern District of Florida

ORIGINAL COPY

Case Number: _____

Mariah Carey (Anderson),
Alex ANDERSON Jr.,

Plaintiff(s)

v.

Desiree Perez, Individually
and in Her Official Capacity
as Manager,                    [cont...]

Defendant(s)

I. (A).

### 42 U.S. Code §1983 Civil Rights Complaint

*(TITLE OF DOCUMENT)*

I, Alex Anderson Jr., (plaintiff ~~or defendant~~), in the above styled cause,

hereby brings with his spouse Mariah

Angela Carey (Anderson) this Federal

Civil Rights Complaint.

    Wherefore the Andersons' petition

pursuant to §1983 and cause of act-

ion for Employment discrimination; is

based upon Diversity of Citenship

[cont...]

9(a)

Alex Anderson
Docket Number

14. Please take notice that I am provid-
ing a Social Security Award letter indic-
ating my monthly Income payment to be
$783.00 beginning January 2020. Thusly
this award letter is indated March 6, 2020.

15. Whereas I went to the Social Security
Administration of (Fir) August 21, 2020. At that
time there was a notice on the door too
which indicated "Persons were to call to make
an Appointment.".

16. Pursuant of the Telephone Number I
sought on seven (7) occassions during the
week of August 23, 2020 & ending (Fir) August
28, 2020. However each time that I called
the SSA the telephone Number was busy.

17. This Number was also busy during after
business Hours.

18. However to cause the court no delay I
am providing a receipt for the amount
stated above in Question 4.

pursuant of Title 28 U.S. Code, §1332 (a); (1), (2), (4); (b); (c); (1); (A); (B); (a). [& §1331].

## II.(B).

## Parties Names

1. Mariah Angela (Anderson) is also Known as International Recording Artist Mariah Carey [DOB: 03/27/1970];

2. Alex Anderson, Jr. [DOB: 03/27/1955] is the legal and lawful Husband and Spouse of Music

10 (a)

ICON Mariah Carey pursuant
of Colorado state domestic
Law(s) & C.R.S. [Colorado
Revised statutes] as well as
A New York state contract
and also by and through the
united States Supreme Court's
Legal Precedent [by and through
the Andersons' "Decree of Marr-
iage"] entered: May 19, 2014;
ex rel. Alex Anderson (and
Mariah Carey) vs. UMG Re-
cordings, Inc., et al. (Long
11(a)

Title ) [For No. 13-9091]; 134 S. Ct. 2301 (2014); 189 L. Ed 2d 185; 2014 U.S. Lexis 3504; U.S.L.W. 3679. See Appendix "A," Exh. 1, Exh. 2, & Exh. 3, p. 1(b)-54(b);

3. Defendant Desiree Perez is the manager of recording artist Mariah A. Carey and that her company offices are located in Manhattan, New York;

4. The Deft. Michael Goldfine "Os" better known as ___First Name___ (1)

___Last Name___ is Mariah Carey's (2)

12(a)

["CPA"] certified Public Accoun-
tant and/or ["MLP"] Master Lim-
ited Partner ["Antelo Road"] A
California Limited Liability Com-
pany; of Four (4) Business
partnership(s) to include the
Business Management ["GAF"];
Mariah Carey's Record Label
["Epic Records" or Former record
label UME Recordings; Inc.];
Mariah Carey's Personal Manager
["Desiree Perez"]; and the
Certified Public Accountant.

18(a)

5.   To continue the 'MLP' [or the Master Limited Partnership] is an unique hybird legal structure that combines elements of A partnership with elements of A corporation. First of all it is considered the aggregate of its partners rather than A separate legal entity — as is the case with A corporation. Second, it technically has no employees;

14(a)

6.   The unknown Deft., legal counsel to Mariah Carey in his



Official Capacity as Attorney and
hired Subsequent of the begin-
ing and start of the NYS Fam-
ily court matter Index NO. F-071
78/17.

15(a)

## III. (C).

## Preliminary Statement of the Facts

7. In or about 2004 Δ Alex Anderson, Jr. was trying to get signed with Tommy Mottola's New Formed NY based record label. Also in or about at that time and occassion Δ was re-siding with UMG Recording art-ist Mariah Carey in an apt. that Δ was leasing in New Jersey Subsequent of Δ submitting demonstration tapes Ander-

10(a)

SON was informed by Mott
ola's Record label A & A Ex-
ecutive, that in his opinion
A had great musical talent.
Although however Anderson
should try another company and
because he did not feel com-
fortable signing someone to
Mottola's label that was involved
with Tommy's Mottola's X [wife,
UME According artist Mariah A.
carey].

(17(a)

8. In late 2004 Anderson approached Universal Music Group A&R department Island Def Jam label;

8.5 And whereafter submitting demo tapes and video taped performances in New York, Chicago, and Los Angeles Ca., in February / March 2007 UMG / IDJ record Executive Shawn Jay-Z Carter accepted on behalf of IDJ Δ's purposal for A 4-6 year recording ↓ - contract

10(g)

and world wide distribution contract; to include management and distribution of merchandise

9. The monetary value of the contract that the record Executive accepted was for $52, million dollars and $300,000. thousand Dollars For signing with IDd Records.

9.5 After the duly NYS Contract pursuant to §140, §141, and §146 of contracts For NYS and General obiligation laws of and of

19(a)

Jurisprudence 85-701(b) record executive Jay-Z Carter reported the signing several times to Island Def Jam Chairman Antonio "LA" Reid.

10. At December 31, 2007 Record Executive shawn Jay-Z Carter resigned from Island Def Jam A UMG Recordings, Inc. Subsidiary.

20(a)

D.

UNITED STATES SUPREME
COURT WRIT OF CERT
TO THE 2ND CIRCUIT UNITED
STATES COURT OF
APPEALS

11. ON March 27, 2005 △ Alex
Anderson Jr. proposed ⟶
Marriage to Mariah Angela
Carey. Thereafter based up
on the proposal and rumors
that were circumlating about
Mariah Carey and △ and;
because the Movant's Album

21(a)

that is "The EMANCIPATION OF MIMI" was being released, April 2005 "Mariah Carey, was summons to appear via A conference of her employer UMG/IDJ and, based upon documents of her Employers pursuant to the Employee Retirement Income Security Act of 1974;

12. At the time of the above [paragraph 24] conference IDJ Chairman "LA" Reid informed Mariah Carey that it had been brought

22.(a)

to the attention of IDJ, that
Mariah Carey was involved with
this Court's Δ [Alex "Telepath-
ic Anderson]. According to in-
formation furnished by UMG/IDJ,
up upon documents of Mariah
Carey's Employee Retirement
Income records under the In-
come Security Act of 1974 [i.e.
§1027], information detailed
accorded of false and mislead-
ing statements and conceal-
ment of facts in relationship
to [Alex "Telepathic" Anderson]

23(a)

plaintiff ("and Universal Music Artist Mariah Carey")." id. at paragraph 25; p. 22 Alex Anderson (and Mariah Carey) vs. UMG Recordings, INC., et al. [Long Title] No. 13-9091 U.S. Sup. Ct. [decided May 19, 2014] (altered original quotation marks).,

18. "Moreover at the time of and during the conference (see above paragraphy's 24 and 25) Mariah Carey was asked who

24(a)

was Alex "Telepathic" Anderson
? And, that Mariah Carey inform-
ed UMG that the aforemention-
ed "plaintiff was her Fiance
and boyfriend." id. at para-
graph 86; p. 28 Alex Anderson
(and Mariah Carey) vs. UMG
Recordings, Inc, et al. [Long
Title] No. 13-9091 U.S. Sup. Ct.
[decided May 19, 2014] (altered
original quotation marks added).
"Insofar of a response to
the Question and answer (see
25(9)

above paragraph 26) Furnish
up upon documents of Marian
Carey's Employee Retirement
Income >>> that, Marian Carey
was not to have any Further
Contact with △ Alex Anderson "
id. at paragraph 27; p. 23
Alex Anderson (and Marian
Carey ) vs. UMG Recordings,
Inc., et al. [Long Title] No. 13-
9091 U.S. Sup. Ct. [decided May
19, 2014] (altered Original
Quotation Marks added). 1:

26(0)

Footnote 1: It would suffice to make mention that it was the "intent" [quotation marks intended] "of the limited liability partnership UMG / and Chairman Antonio "'L A'" REID of Island Def Jam sought to strip plaintiff Mariah A. Carey of the dual ownnership rights of Mariah A. Carey's [& IDJ] "18 Number one records" via the conference of UMG and the partnership of the company Island Def Jam at

27(9)

May 2005 to wit Plaintiff Mariah Carey was summons too appear before UMG/IDJ [her employer] and; by, through, and after violations of Sec. 1027 ex rel. false and intentionally misleading information set out in plaint-iff Mariah Carey's Income Security Act documents of 1974; and " inter alia and violative of Sec. 1028; relating to fraud and iden-ification documents.".

28(a)

14. In the manner of a co-action
§1915(d) application for leave
to petition the U.S. Supreme
Court, by a vote of 9-0 the
Justices granted this court's
Δ's application to proceed IFP
status.

15. Thusly at the specific time of
the §1915(d) application it was
perfectly clear that the Supreme
Court's petitioner and his wife
[Former UMG Recordings, Inc artist]
Mariah Carey were moving the

29(a)

Court For consideration to File
Jointly... the petition For re-
view OF A writ OF certiorari
under Title 28 U.S.C., sec-
tion 1915(d).,

16. Indeed the Supreme Court
Justices Granted △ Alex
Anderson and Plaintiff Mariah
Carey (Anderson's) section
1915(d) application "insoFar
as technically to afford A
subject matter review OF the
Andersons' allegation's OF
30(a)

Federal & State R.I.C.O. too
include accussations of con-
spiracy to violate U.S. Const-
itutional Right(s) of his wifes'
and his."

17. INSOFar Δ Anderson explained
to the United States Supreme
court that the core scheme of
the UMG deft. was to defraud
["by the relationship of documents
required under the income Sec-
urity Act; found in Sec. 1028.
And to impair or prevent his

31 (a)



wife from acting in complicity
of his Federal U.S. District
Ct's filing under Section 1915
(d) " ] [Emphasis intended].

32 (a)

IV. (E).

Pertinent Information pertaining to the Plain-tiff's common lawful marriage.

18. At January 04, 2007 Alex Anderson Jr. and Mariah Carey became Husband and wife pursuant of A New York state contract and under Colorado Domestic Law; C.R.S. §14-15-104 and specific of the fact that the Andersons' have a Home in Aspen, Colorado in which

33(a)

Δ and co-plaintiff Mariah Carey pay's property tax for.

19. During the 20 years 2001 through 2020 that Plaintiff Mariah Carey and Δ Alex Anderson have been together Δ and the Movant Mariah Carey have lived in numerous apts; Houses; & Homes; in the states of Illinois, Californina, Florida, Colorado, and New York state, and Newark, New Jersey.

34(a)

19.5 Specifically △ Anderson and Epic Recordings artist Mariah Carey lived together in chicago during the month of June 2007. Also, Mariah Carey and Alex Anderson lived * * * * * * together in Hotles & Motels while he was in Los Angeles, California between December 2006 and May 2007.

20. Plaintiff Mariah Carey and △ Alex Anderson lived in N.W.

25(a)

88th Terrace in Miami, Flori-
da prior or during the months
of February 2008 through July
2008. And that we lived at 15
Broad Street in New York City,
New York 10004 via September
of 2007 through January 2008
and; at other times during
2009; 2010; 2013; and at
other Hotles and addresses
and in New York City.

21. Plaintiff Mariah Carey and △

36(G)

Alex Anderson have currently
("sic") A ↓ $30 Million Dollar
15 yr
Nuptial agreement in which
has matured ["2007 − 2016; via
2001"] and/or "also" in
effect a ↓ $100 Million Dollar
SECOND 15 yr
post Nuptial agreement ("2016 −
2030" ["sic"].

22.  Wherefore after consultation
with A Family Court Attorney, △
learned that the aforemention-
ed mutual Agreements for

37(a)

the "Nuptial" and "postnuptials" agreement(s) did not conform too New York State legal re- Quirements, specifically the defect is the document is not signed and/or Notarized by both parties.

23. International Singer ("ICON") Mariah Carey has an estimated Net worth of $535 million Dollars.

24. With the exceptions of close

3B(G)

Friends and relations [such as; veteran News Journalist; Katie Couric, ABC News Journalist; Diane Sawyer, Record Execut-ive; Sean P. Diddy Combs, Beyounce and Executive Shawn Jay-Z Carter, as well as the uniformed court system] our 14 year marriage [(2007 - 2020)] has been kept out of the public eye.

25. Since January 2017 △ Alex~

39 (a)

Anderson has been Home-
less. Indeed since February
2017 plaintiff Alex Anderson
has been seeking in New
York state spousal Mainten-
ance support.

20. Since February 2007 under
(NYS) File # 171091 and Family
court petition No. F-07178/17;
too and including June 20,
[MO. NO. 2018-535 New York
state Court of Appeals];
and (NYS) Family court petition

40(a)

No. F-20111/18; "and" also
under File No. 2019-04201
Supreme Court of the State
of New York, Appellate Division
Second Judicial Department
△ Alex Anderson and his
spouse recording artist Mariah
Carey have had an agreement
for thirty [$30] Million dol-
lars in spousal support/mainten-
ance under Article 4, §425
of an agreement, pursuant to
Family Court Acts of New

41 (a)

York state.

27.  Since February 2017 through Δ's signed and notarized (NYS) petition, p. 177-195 he has sought from his wife of 14 years pursuant to the state of New York, Article 4, Family Court Act(s) §440, §412, §425 of an agreement; money for cost of medical emergency (Dental) procedures [@ $70, 000.00 Dollars].

42(a)

28. IN effect that Δ Anderson was having difficulty with the state of New York's Legal uniform System of Justice [see at App. B; Exh. 4, 5, Exhibit's 7, & 8 ] and inasmuch as pertaining to the U.S. Supreme Court's ruling under case Number 13-9091 IN The Matter of the Andersons' United States Precedence;

29. That in like what the Family court of state jurisdiction

43 (a)

was attempting and seeking
to do was Not Res Judicata
of the decision followed in
the Andersons' court, cited
as 134 S. Ct 2501 (2014); 189
L. Ed. 2d 185. Idiom: id.

30. Wherefor A Judicial Notice
Alex Anderson Jr., personal
Letters to Hon. Ruth Bader
Ginsburg, Associated United
States Supreme court Justice
appear under App. Record B
page's 65(b) — 152(b).

44(a)

31. Also in effect Anderson's pro se brief [ing] by way of [the "Appeal"] an extraordinary writ, MOTION No. 2018-0535 June, & July 2018; the New York State, Court of Appeals Appendix B, page's 82(b) - 95(b)

# V.

## STATEMENT OF THE
## Fact(s)

32. Δ Alex Anderson worked As A paralegal and Private Investigator For his spouse International Recording artist Mariah Carey without commission during the year's 2007; 2008; 2009; 2010; 2011; 2012; 2013; 2015;

40(G)

2017; 2018; 2019.

39. Court filings also occurred during year's 2009; 2011; 2012; 2013; 2014; 2015; under Index No. 402012/2009, New York County, New York; Index No. 401972/2011, New York County, New York; Docket No. 12 Civ. 5026, U.S. Dist. Ct. E.D.N.Y., Docket No. 13-1702, United States 2ND Circuit Court of Appeals; No. 13-9091, United

47(a)

State Supreme Court, May 19th, 2014; also in the matter of the Legal papers Filed by Nick Cannon December 2014 and at August 2015. Δ Anderson also Filed representations on behave of his wife and spouse Mariah A. Carey who appeared "Pro Se" under Docket # F-07178-17; Queens County Family Court, Motion No. 2018 -0535; State of New York, Court of Appeals; Docket #

48(a)

F-20111-18, Queens County Family Court; Docket No. 2019-04201, Supreme Court of the State of New York, Appellate Division Second Judicial Department.

34. The information provided in paragraph's 32 and 33 are not disputed by the defendant(s) partnership.

35. From the inception of 2005 Δ sought money from his

49 (u)

Fiance and later "wife" and money in connection with cost & Management of his wife's Mariah Carey (Anderson's) legal litigation affairs and legal cost against universal Music Group [UMG Recordings, Inc / Island Def Jam Records];

36. Insomuch of Δ Alex Anderson Jr., handeling of his wife's legal defense against universal Music Group [UMG Recordings, Inc."] and as it pertains too

50 (a)

the plaintiff(s) writ of cert--
iorari to the United States
Second Circuit Court Of Appeals
and regarding state and Feder-
al accusations & allegations
of racketeering of their Em-
ployer before and Subsequent
too Δ Andersons recording
contract with Universal Music.
[ It would suffice to indicate
and show that the Andersons'
writ of Certiorari Filed in the
Supreme Court of the United

51(a)

States was presented by way
of three (3) Contextual Legal
branches of writings; a): IN-
FORMATION statement(s) under
§1915(d); b): Plaintiff Mariah
Carey's Federal and state accu-
sations & allegations of R.I.C.O.
activity; to include (NYS)
Penal Law §190.05; Schemes to
defraud; and c): Δ Anderson's
Federal and state racketeering,
and; allegation under (NYS)
Penal Law §     Grand larceny

52(a)

("OF A contract over one
Million dollars") in the First
degree.]

57. And, their current cause of
action pertains to the direct
link to Employment Discrim-
ination and a prima Facia
showing of the defendant(s)
pretexual motives For the legal
["SIC"] action taken by the
deft(s) partnership based in
and under discrimination via
Title VII of the Civil Rights

53(a)

Employment Act.

38.   Whereas shortly after the Briefing of the High Court under Alex Anderson (and Mariah Carey) vs. UMG Recordings, Inc., etal, 134 S.Ct. 2301 (2014) movant Mariah A. Carey was allowed or permitted to option out of her $80 Million Dollar commitment to UMG/Island Def Jam Music. See also For general information; page's 172(a)-182(a); 318(b)-333(b).

                             54(a)

since at the time of the
initiation of the New York
state R.I.C.O. and Federal
racketeering investigation
at June 2007; too include
insofar all court representat-
ions and filings in above para-
graph's 32 and 33;

39.   △ has paid for the entire cost
of his wife's legal defense
too include all money in con
nection with the paper's and
briefings In the matter of Marian

55(a)

Carey and Alex Anderson Jr.,
No. 13-9091; Supreme Court of
the United States [Decided
May 19th, 2014].

40.     To date Δ has never re-
ceived from his spouse any fund-
ing. Because the money is re-
fused by the certified Public
Accountant [Carey's Master limited
Partner of the Four (4) Limited
liability companies or Partner-
ships].

56(g)

F.

The Partnership ["id. account-
ant, Record Label, Person-
al Manager, and Business
Management"] idiom hired
help, hands, and employ-
ees

41.     In 2017 after △ filed in

Family court (Queens County) New

York State for spouse / mainten-

ance support up under Docket No.

F-07178-17 the defendant un-

known Attorney was hired by

the Accountant of the master

limited Partnership.

57 (a)

The UNKNOWN Lawyer ["DeFt."], was paid $50,000.00 dollars oF Plaintiff Marian Carey's " money For legal representation via Family Court Queens County Docket No. F-07170-17. ".

42.   Hence adjacent to the time after Δ Anderson Mailed to Carey by process Server the legal documents "Carey released a Statement to the Press Corp about having been victimized in effect oF A burglary." [Emphasis

50 (a)

added ]. Inasmuch Mariah in-
dicated "that the burglar
made off with $50,000.00
dollars in sunglasses" and; "
that she believed it... was an
inside job." [Quotation marks
supplied.]

43.  Of a result that △ Alex Anderson
was utilizing a Process Server via
ABC Headquaters in New York City.
The Atty. representing Movant
Mariah Carey initially had all of
the "pro se litigant's mail

redirect to him.". [Emphasis added].

44. Therefore litigant A. Anderson Jr. directed his process server(s) that inasfar his wife; was re-presenting herself "Pro Se" and that the hired hand was serving (as her assistant) and; she would be lead lawyer / counsel.

45. Furthermore △ Alex Anderson advised his process server(s) that his "spouse" was to receive all original documents and

46. (a)

papers & that the hired
lawyer was to receive copies.

46.  Accordingly whereafter △ Alex
Anderson attempted realistically
to confrount the lawyer pursuant
to (NYS) §425 of an agreement
For support and maintenance and
inasmuch that the agreement
had to be reduced to writings
and submitted to the Family Court.

47.  In like, whereas upon arriving
insofar of a conclusion that the

61 (G)

hired hand provided by the Part-
nership was not properly assist-
ing me in the Cause of action
and; ultimately his chief advisor,
and Employer plaintiff Mariah
Carey.

40. Whereby Anderson Filed at that
time with the State of New York,
Unified Court System Notice and
Request For Fee arbitration and
A Request For adjournment of
the Case For Spousal Support and
Maintenance. See legal letters

62 (a)

at Appendix C, page's 160 (b)

via 179 (b).

49.   The story from the sumos mill

is Packer and Carey met in

Aspen Colorado during the

Summer of 2015. It was

"allegedly" to be the third

marriage for the both of

them ("sic") id. "sic" alleged-

ly within the distinction "that

NICK CANNON (10/8/80); and In-

ternational Recording artist

Mariah Carey (03/27/1970);

63 (a)

were never Married" [em-
phasis and quotations supplied].

50. Plans were made for the
couple to wed on Bora
Bora in French Polynesia
on March 1, 2016;

51. In like on the Evening of
January 21, 2016 the persump-
tion is that Mariah Carey
and James Packer stunned
the world when pictures e-
merged of the two of them

64 (a)

together

52. Also as is alleged Packer and his staff did their best to tolerate the whims of Carey's (then) personal assistant and manager Stella Bulochnikov.

53. Mariah Carey and James Packer's prenup negotiation for A wedding that never happen were so outrageous that things became hostile, and

65(a)

her team accused his business managers of treating her like a "gold digger". Packer's team follow up on email with terms that included Carey would get $6 Million per year (or $151, 385 per week) up to a Maximum of $30 Million.

54. Bulochnikov took Packer ring shopping in Manhattan New York where he brought A Massive 35-Carat ["10

100(0)

million dollars "] wilfredo Rosado - designed engage - ment ring from her uncle in the city's jewellery quarter's on 45th street. Packer chose the New York three-michelin -star restaurant Eleven Madison Park to get down on one knee and propose to Carey on the evening of January 21.

55. Medical evidence implies... that Mariah Carey was diagnosed

676

with A Bipolar disorder iN 2001, a condiction associated with episodes of mood swings ranging from depressive lows to Manic highs.

56. It is reported that Packer said in his biography The Price of Fortune: the untold story of being James Packer that the relationship was "toxic".

57. AN insider also told that Marian Carey told Packer that

68(a)

she was a "Born again virgin" to avoid sleeping with him.

58. On September 26, 2016 James Packer meet Corey on the Artic P. that evening when it was docked in Naples.

59. Packer and Corey were last photographed together on the Island of Mykonos in Greece in late September 2016.

60. Posted over the inter net 14 June 2019 (9:00 am) the mail

69(a)

online reports that video obtained from a mobile phone shows the singer ginding up on Bryant Tanaka, six months before she split from Packer. See page 359(b).

61. Thusly in the end Packer *** broke off the engagement. And that my wife Mariah Carey and Packer split in October 2016 with the Billionaire said to have paid the singer $50 us million an incon-

70 (b)

venience Fee and let her
keep the $10 us Million
diamond ring he proposed
with.

62. It is reported that lianna
shakhnazaryan who was
mariah carey's assistant and
was hired by the accountant
"or" assumingly Antelo
Road, Inc., [to which the
accountant Heads] and at Mar-
ch 2015 that; inasfar stella
Bulochnikov the manager

71(a)

and Lianna Shakhnazar-
yan were Fired by My wife
Marian Carey in NOVEMber 2017.

63. The inference of legal evidence
strongly suggest that the un-
known deft. Attorney was hired
by the Accountant [and Partner-
ship] to legally "or" illegally
terminate the Andersons' United
states Precedence of the Decree
of Marriage inferred by the
inference of evidence of the
United states Supreme Court.

72(a)

And that the decision of the
Partnership [Accountant, man-
ager, and Attorney] was based
on the legal pretense of
Employment discrimination.
And the pretexual reasoning
for the discriminatory action
rest up on the pretense "that
Plaintiff Mariah Carey (Anderson)
and Δ Alex Anderson are not
married.".

73 (a)

64. According to information pro-
vided on the internet by the
limited liability Partner "GRF"
[Gelfand, Rennert, Feldman] in which
is Plaintiff Carey's Business
Management "ON April 30,
2008 NICK CONNON Married
Mariah Carey" ["sic"].

65. IN traves to this information
the △ and Co-plaintiff would
show at the time of the case
NO. F-07170-17 OF △'s (NYS)
spousal / maintenance matter

74(a)

before Queens county David A. Kirsinblum, support Magistrate Judge Kirsinblum asked Δ IN the forum of a conjunctional statement "if it was true the woman I was claiming to be my wife was the singer Mariah Carey ?!" And also in the form of a conjunctional statement "Isn't that to be bigamy ?!"

dd. I informed the magistrate that "they were not married !!" [Referring to the business

75(a)

relationship that included the partnership of Management and the Record label Island Def Jam / Universal Music.

67.  Moreover NICK CANNON was an employee within the meaning of an individual employed by an employer and in accordance of sec. 2000e [sec. 701] by definition.

68.  NICK CANNON's employer was Island Def Jam a Universal

76 (a)

Music Group company and that Cannon was hired by (IDJ) Chairman Antonio "LA" Reid to act in Mariah Carey's Bye, Bye, video released April 15, 2000.

69.   According to the Business management [Partnership of "BAF"]; "Mariah Carey and Nick Cannon met in 2005 at the teen choice Awards" ["SIC"]. Three years later Cannon Starred in MIMI's

77(a)

music video Bye, Bye, and ["allegedly"] Sparks Flew ["sic"].

70. After dating for A few weeks the legendary singer and wild'n out host Surprised fans when they tied the knot,

71. Whereat the time of April 30, 2008 Nick Cannon had A net worth of $500,000. oo thousand dollars and Mariah Carey had close to $300,000,000. oo Million dollars.

70(a)

72. Whereas Mariah Carey was told during the conference of her employer [                    ] at or about the time of Mariah Carey's EMANCIPATION OF MIMI release (April) 2005 that, she would be "Moooying" ["sic"] artist Young Jeezy an Atlanta rapper signed at that time to Island DEF Jam " [Emphasis and Quotation marks supplied]. Also see Sub- stantive information statement(s) at page's 335(b) - 347(b).

79(a)

73. IN effect of contractual obil-
igation's Marian informed her
employer that she would be
willing to foretake " in an
arrangement of marriage between
actor NICK CANNON " [emphasis
added] " and to avoid the a-
rrangement of marriage between
Her and artist Young Jeezy a
Universal Music Island Def Jam
recording artist " [quotation
marks added].

74. And, after NICK CANNON was
hired to star in Marian Carey's

80(a)

video. The employment opport-
unity transformed "after the
fact" into legal matter(s) of
full blown "state" & "Federal"
racketeering by and through
Fraud, illegal use of force,
and corruption, too include
schemes to defraud; Mail
Fraud; Financial institution
Fraud, conspiracy, and com-
merical bribe receiving in the
First degree.

81(G)

75. In effect that Mariah Carey's Manager Bennie Medina did not rebuke the outcome of the decisions impacting Carey's music career choices. Wherefor after the alleged Marriage in 2008; Mariah Carey Fired her Manager Bennie Medina.

76. UME / Island Def Jam Recording Group and artist Mariah Carey (Anderson) publicity and promotion scheme net(ed) Nick Cannon approximately $50 million dollars. See substantive information state-

ment(s) at page's 343(b) - 347(b).

77. According to the Partnership "GBF" [Mariah Carey's Business Management] in 2015 Nick Cannon and Mariah Carey ended their 6 years Civil Union Marriage.

78. However by the "Fact" that "Plaintiff Mariah Carey and Co-Δ Alex Anderson's" Colorado state Domestic "Civil Union" [§14-15-104] was established before Nick Cannon's "Civil Union"

85(a)

INSOFar "Anderson and Carey were married January 04, 2007; and Nick CANNON and Marian Carey, April 30, 2008" and therefore pursuant to §14-2-10 of Colorado Revised Statutes Title 14 DOMestic Matter's the and Marriage; be it "COMMON Law," "civil UNION," "Same Sex," or "A Pure Bread Marriage" ["a Marriage Sanctioned by the "State," or "church""]; in referendum of the two Marri-

84(a)

age's to the same individual,
the second marriage was invalid
C.R.S. Domestic Matter's §14-2-
10 (1), (a), (a.5). p. §17(b).

79.   (1) The following Marriages are
prohibited; (a): A Marriage enter-
ed into prior to the dissolution
of an earlier Marriage of one
of the parties except a currently
valid marriage between the part-
ies; (a.5): A Marriage entered
into prior to the dissolution of
an earlier civil union of one

⑤5(a)

of the parties, except a current
ly valid civil UNION between the
same two parties.

80. §14-2-10 (2)   children born
of a prohibited marriage are
legitimate. But the marriage is
invalid. p. §17(b).

81. Just prior to the enactment of
Nick Cannon's matter the deft(s)
Partnership of the Manager
["Benny Medina"], Accountant,
and Record label ["Island Def
Jam"] were aware that their

86(a)

pretexual discriminatory em-
ployment decisions and act-
ions probably would violate
Title VII 2000e of the Civil
Rights Employment Act, and
the U.S. Constitutional guaran-
tee of the 14th Amendment
Rights of Due Process and
Equal Protection of the
Plaintiff and co-Δ.

82. According to the Partnership
"GAF" [Marian Carey's Business
Management] "Bryan Tanaka

87(a)

is referred to as Mariah Carey's boy friend." Insofar Bryant Tanaka has also been referred to as Mariah Carey's boy toy.

83. Time and again the Deft. Partnership of management [or Manager Desiree Perez], the unknown deft. ("CPA") certified Public Accountant; and the unknown deft. attorney & counsel to the partnership; reveal, that the pretense for its employment discriminatory dec-

81(a)

ISION is based up on permise
that the Andersons' are not
married.

84. Whereas Bryant Tanaka is an
employee within the meaning
of an individual employed by
an employer and in accordance
of sec. 2000e [sec. 701]; by
definition under the civil Rights
Act 42 U.S.C. 2000e (1964) Title
VII.

85. Since Bryant Tanaka has
been Employed by the DEFT(S)

89(a)

of the Management [Desiree
Perez], the defendant Account-
ant, and the unknown Deft.
attorney & counsel to the Part-
nership; the Partnership of
Gelfand, Rennert, Feldman, LLP
["GRF"] in which is Mariah Carey's
Business Management and via
the Partnership to include "GRF"
has paid Bryant Tanaka a Salery
of one Million dollars annually.
Also see Substantive information
Statement(s) at page's 359(b)-360(b)

90(a)

86. The Δ Alex Anderson has asked the Management three (3) times to Fire the accountant. Twice in 2019 and Once in 2020.

87. This is legally problematic inasmuch that the "Master limited Partner" of the whole Partnership is the certified Public Accountant. And that the "MLP" or "CPA" of the Four (4) limited liability companies has NO Employees. But

91(a)

via Plaintiff Carey's estimated financial Networth of $535 Million Dollars. The CPA is responsible for Mariah Carey's preformance through concert arena venues, and for negotiations, and obtaining concert work. The Certificate Public Accountant is also charged in the capacity and structure of dispersing all of Carey's $535 Million dollars of legal tender. The Master limited Partner a/k/a the Account-

ant disbursement of Plaintiff Mariah-Carey's capital Funds include Carey's Family member's Suchas: her Mother, Sister, bother, Nephew, etc., as well as business personel. To Fire the accountant/ Master limited Partner would create Monumental disruption within the organization.

93(a)

# VI.
## Cause of Action

88. In the context of the de-
fendant's pretexual em-
ployment discriminatory
reasoning i.e. "they are
not married" and-or "the
plaintiff Mariah Carey (Anderson)
and the movant Co-Δ Alex
Anderson are not Married!"
Id. is violative of the
decisions reach in united
states vs. Windsor 133 s.ct.

94(a)

2675 (2013); Alex Anderson, petitioner vs. UMG Recordings, Inc., et. al. 134 S. Ct. 2301 (2014); "and" Obergefell vs. Hodges 135 S. Ct. 2584. Moreover the defendant's pretense for its discrimin- atory reasoning is violative of Marian Carey (Anderson's) Employment Rights under Title VII, 42 U.S.C. 2000e (1964), of the Civil Rights Act invoked by classification of Religious

95(a)

Discrimination and work situat-
ions.

89. IN addition in the context
of Federal and New York
state racketeering allegations
after the fact Plaintiff Mariah
Carey's employment discriminat-
ion and work situation stems
from R.I.C.O. activity inasmuch of
A " Ten (10) year Enterprise
Operating under Sec. 1341 (relat-
ing to mail fraud) [inter alia of
Section 1027 or Section 1028]
relating to fraud and Idenificat-

96(a)

ION documents] . where the fraudulent act [ ] indict-able under section 1028 is committed for purpose of "Financial institution fraud or Bank Fraud.".

90. Lastly the premise of the Partnership(s) pretexual reason-ing for the nature of the em-ployment discrimination; idiom: "that mariah Angela Carey (03/27/1970) and Alex Anderson, Jr. (03/27/1955) are not mar-

97(a)

ried " is to be in direct con-
tridiction of the current marri-
age law(s) in the state of New
York, Colorado, and Florida,
and Federal case law. See
United states vs. Windsor,
133 S. Ct. 2675 (2013); p. 107(a) -
115(a), "and" Obergefell vs.
HODGES, 155 S. Ct. 2584 (2015);
page's 141(a) - 148 (a).

# VII.
# RELIEF

1. Plaintiff Mariah Carey and her spouse  Co-Δ Alex Anderson pray together that the United States District Court has jurisdiction over the matter(s).

2. That the court grant them A Temporary injunction pursuant to rule's of practice and procedure, later to be made Permanently; enjoining the

99(a)

Deft. Partnership(s) from fail-
ing beyound thirty (30) days
of the signed order author-
izing and commencing this
Federal Civil Rights Complaint
Section 1985; prohibiting the
Defendants Desiree Perez,
Plaintiff Mariah Carey's person-
al Management, the defendant
UNKNOWN ["Master Limited
Partner"] Certified Public A-
ccountant ("CPA"), & the
unknown defendant Attorney

100(d)

and counsel to the Partnership
whereas of the Plaintiff(s)
temporary injunction to be
later made permanent; (A):
the deft. Partnership is enjoin-
(ed) from failing to provide
by wire transfer or mail(s)
a "check" or "cash" and
via Plaintiff Mariah Carey
(Anderson) [DOB: 03/27/1970]
Bank account A sum of $70,
000.00 dollars for emergency
medical Dental billings; (B):

101(a)

the defendant Partnership is prohibited insofar from failing to produce by wire transfer or mail(s) a "check" or "cash" and via Plaintiff Marian Angela Carey [DOB: 08/27/1970] Bank Account A Sum of $230,000.00 dollars for immediate Housing in the Miami Florida area.

(c): That the wire transfer of "cash" or mailing of the "check" in the amount of @ $300,000.00 dollars is to be

102.(G)

Forwarded within thirty (30) days of the authorization and signing commencing this civil suit too: Jackie Guerrido, Journalist, Univision Television, 9405 NW 41st, street Florida

3.  The Plaintiff(s) seek Declaratory Judgment that the defandant's decisions and actions were to be violative of the Plaintiff Mariah Carey (Anderson's) Employment Rights under Title

103(g)

VII of the Civil Rights Employ-
ment Act of 1964 and invoked
up under Religious Discriminat-
ion and work situations, also
amongst other things such as
the Δ's Alex Anderson's Due
Process Rights and Equal
Protection rights guaranteed
by the United States Constitut-
ion.

4. The Plaintiff(s) seek a nominal
   monetary damage of $75,000.
   oo dollars.

104(9)

5. Also Δ seek court cost and assignment of counsel under DEAN vs. Barber cited as 951 F.2d 1210 (11th. Circuit 1992.

6. Wherefor the Pro se Plaintiff(s) seek all further just and appropriate relief in this permise as well.

Respectfully Submitted
08/31/20

For: Mariah Carey Gudeson
MARIAH CAREY (ANDERSON)
Pro se Litigant

08/31/20

Alex Gudeson
ALEX ANDERSON
Pro se Litigant                    105(a)

Subscribed and sworn too and before A Notary Public in and for said state and county.

The duly undersigned party hereby verifies this 31st day of August 2020 that the ongoing complaint filed herein is true, is correct, and is also authentic to include inasmuch p.1(a)-202(a); 1(b)-493(b) & all duly exhibit(s).

Alex Anderson

State of Florida    )
                    ) SS
County of Miami-Dade )

Notary Public

My Commission Expires:



106(a)